FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

| | | |
|---|---|---|
| Case No: | 12-11260 JKC Judge: JAMES K. COACHYS | Trustee Name: JENICE GOLSON-DUNLAP, ESQUIRE |
| Case Name: | HUDSON, ROSELYN R | Date Filed (f) or Converted (c): 09/20/12 (f) |
| | | 341(a) Meeting Date: 10/26/12 |
| For Period Ending: | 06/30/14 | Claims Bar Date: 04/10/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. HOUSEHOLD GOODS | 1,000.00 | 0.00 | OA | 0.00 | FA |
| Miscellaneous used household goods including: TV entertainment center couch chairs coffee tables lamps bedroom set personal items | | | | | |
| 2. BOOKS / COLLECTIBLES | 75.00 | 0.00 | OA | 0.00 | FA |
| Miscellaneous used Books, CDs, DVDs and Wall hangings | | | | | |
| 3. WEARING APPAREL | 250.00 | 0.00 | OA | 0.00 | FA |
| Personal used clothing | | | | | |
| 4. LIQUIDATED CLAIMS | 0.00 | 0.00 | OA | 0.00 | FA |
| Federal 2011 Tax Return: $ 8,100.00 EIC 5,597.00 State 2011 Tax Return: $ 700.00 estimate Debtor has spent the refund on necessary living items | | | | | |
| 5. VEHICLES | 1,507.00 | 0.00 | OA | 0.00 | FA |
| 1998 Buick LaSabre - Nephew drives this vehicle | | | | | |
| 6. VEHICLES | 8,398.00 | 0.00 | OA | 0.00 | FA |
| 2005 Chevrolet Equinox with 78,000 miles | | | | | |
| 7. 2012 FEDERAL TAX REFUND (u) | Unknown | 0.00 | | 3,574.00 | FA |
| 8. 25% WAGES DUE TO DEBTOR (u) | Unknown | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values) $11,230.00 $0.00 $3,574.00 $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

June 30, 2014, 04:53 pm -Awaiting to hear back from debtor's counsel, returned all funds back to debtor, check was never cashed or returns to the Trustee's office, contacted debtor's counsel for updated address, once bank statement is

LFORM1 Ver: 18.00b

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

| | |
|---|---|
| Case No: | 12-11260  JKC  Judge: JAMES K. COACHYS |
| Case Name: | HUDSON, ROSELYN R |

| | |
|---|---|
| Trustee Name: | JENICE GOLSON-DUNLAP, ESQUIRE |
| Date Filed (f) or Converted (c): | 09/20/12 (f) |
| 341(a) Meeting Date: | 10/26/12 |
| Claims Bar Date: | 04/10/13 |

zero, MFNDR will be submitted.

Second Surplus Funds Notice filed objection due date 9/3/2013, no claims filed.

Surplus funds notice filed objection due date is 6/28/2013. No claims filed. Will prepare a second surplus funds notice.

April 24, 2013, 10:37 am  POC deadline is 4/25/13 reviewed for currently filed claims and there are none.  May need to do notice of surplus funds.

Assets are non-exempt partial tax refunds and 25% of wages.

Initial Projected Date of Final Report (TFR): 09/20/14      Current Projected Date of Final Report (TFR): 09/20/14

/s/    JENICE GOLSON-DUNLAP, ESQUIRE
_____ Date: 07/24/14
      JENICE GOLSON-DUNLAP, ESQUIRE

LFORM1                                                                                                                                          Ver: 18.00b

FORM 2

Page: 1

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 12-11260 -JKC | | Trustee Name: | JENICE GOLSON-DUNLAP, ESQUIRE |
|---|---|---|---|---|
| Case Name: | HUDSON, ROSELYN R | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******2372  Checking Account |
| Taxpayer ID No: | *******4322 | | | |
| For Period Ending: | 06/30/14 | | Blanket Bond (per case limit): | $ 74,147,352.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/26/13 | 7 | UNITED STATES TREASURY<br>SAN FRANCISCO, CA | FEDERAL TAX REFUND | 1224-000 | 3,574.00 | | 3,574.00 |
| 03/07/13 | 010001 | ROSELYN R HUDSON<br>930 WYCKFORD DRIVE #B<br>INDIANAPOLIS, IN  46214 | NONE ESTATE FUNDS PAID 3RD PARTIES<br>Proceeds due debtor from partial year 2012 tax refunds. | 8500-002 | | 2,240.50 | 1,333.50 |
| 03/07/13 | 010002 | Clerk, United States Bankruptcy Court<br>46  East Ohio Street<br>Indianapolis, IN 46204 | COURT FILING FEE<br>Pursuant to court order of 2/1/13-reopening fee. | 2700-000 | | 260.00 | 1,073.50 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 1,063.50 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 1,053.50 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 1,043.50 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 1,033.50 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 1,023.50 |
| * 03/05/14 | 010003 | ROSELYN R HUDSON<br>930 WYCKFORD DRIVE #B<br>INDIANAPOLIS, IN  46214 | NONE ESTATE FUNDS PAID 3RD PARTIES<br>All funds, less bank fees, in estate returned to debtor because no claims filed.<br>Debtor has not cashed non-estate funds check and check is now stale. | 8200-004 | | 1,023.50 | 0.00 |
| * 03/05/14 | 010003 | ROSELYN R HUDSON<br>930 WYCKFORD DRIVE #B<br>INDIANAPOLIS, IN  46214 | Stop Payment Reversal<br>STOP PAY ADD SUCCESSFUL | 8200-004 | | -1,023.50 | 1,023.50 |
| | | | Page Subtotals | | 3,574.00 | 2,550.50 | |

LFORM24

Ver: 18.00b

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 12-11260 -JKC | Trustee Name: | JENICE GOLSON-DUNLAP, ESQUIRE |
|---|---|---|---|
| Case Name: | HUDSON, ROSELYN R | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******2372  Checking Account |
| Taxpayer ID No: | *******4322 | | |
| For Period Ending: | 06/30/14 | Blanket Bond (per case limit): | $ 74,147,352.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  | COLUMN TOTALS |  | 3,574.00 | 2,550.50 | 1,023.50 |
|  |  |  | Less:  Bank Transfers/CD's |  | 0.00 | 0.00 |  |
|  |  |  | Subtotal |  | 3,574.00 | 2,550.50 |  |
|  |  |  | Less:  Payments to Debtors |  |  | 2,240.50 |  |
|  |  |  | Net |  | 3,574.00 | 310.00 |  |

|  |  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|---|
|  |  | Checking Account - *******2372 | 3,574.00 | 310.00 | 1,023.50 |
|  |  |  | ---------------------- | ---------------------- | ---------------------- |
|  |  |  | 3,574.00 | 310.00 | 1,023.50 |
|  |  |  | ============== | ============== | ============== |
|  |  |  | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

/s/Jenice Golson-Dunlap

Trustee's Signature: _____/s/____JENICE GOLSON-DUNLAP, ESQUIRE_____  Date: 07/24/14
JENICE GOLSON-DUNLAP, ESQUIRE

Page Subtotals          0.00          0.00

Ver: 18.00b

LFORM24